# Exhibit A

Single Transaction Bond For Entry Number FS2-10181434

# Exhibit A

| PORT LOCATION | RATING CODE | RATING CODE | DEPARTMENT OF THE TREASURY | | CUSTOMS | BOND NUMBER (Assigned by Customs) |
|---|---|---|---|---|---|---|
| 2704 | 4 | | UNITED STATES CUSTOMS SERVICE | | USE | |
| CHB REF # 10181434 | | 0. TEXTILE   5. FDA<br>1. TIB   6. SCHEF PT 1<br>2. WINE   7. CB/OSP<br>3. AUTO   8. OTHER-NOT<br>4. AD/CVD   LISTED ABOVE | **CUSTOMS BOND**<br>19 CFR Part 113 | | ONLY | FILE REFERENCE |

**EWA9063827041467**

In order to secure payment of any duty, tax or charge and compliance with law or regulation as a result of activity covered by any condition referenced below, we, the below named principal(s) and surety(ies), bind ourselves to the United States in the amount or amounts, as set forth below.

Execution Date
**10/15/2001**

| Section I - Select Single Transaction OR Continuous Bond (not both) and fill in the applicable blank spaces. | | | |
|---|---|---|---|
| **X SINGLE TRANSACTION BOND** | Identification of transaction secured by this bond (e.g., entry no., seizure no., etc.)<br>**FS2-10181434**   Producer # | Date of transaction<br>**10/15/2001** | Transaction district & port code<br>**2704** |

Section II — This bond includes the following agreements. Check one box only, except that, 1a may be checked independently or with 1, and 3a may be checked independently or with 3. Line out all other parts of this section that are not used.

| Activity Code | | Activity Name and Customs Regulations in which conditions codified | Limit of Liability | Activity Code | Activity Name and Customs Regulations in which conditions codified | Limit of Liability |
|---|---|---|---|---|---|---|
| X | 1 | Importer or Broker............113.62 | $22978.00 | 5 | Public Gauger...............113.67 | N/A |
| | 1a | Drawback Payment Refunds........113.65 | N/A | 6 | Wool & Fur Products Labeling Acts Importation (Single Entry Only)....113.68 | N/A |
| | 2 | Custodian of bonded merchandise........113.63 (includes bonded carriers, freight forwarders, cartmen and lightermen, all classes of warehouses, container station operators) | N/A | 7 | Bill of Lading (Single Entry Only)........113.69 | N/A |
| | | | | 8 | Detention of Copyrighted Material (Single Entry Only).............113.70 | N/A |
| | 3 | International Carrier................113.64 | N/A | 9 | Neutrality (Single Entry Only)........113.71 | N/A |
| | 3a | Instruments of International Traffic.....113.66 | | 10 | Court Costs for Condemned Goods (Single Entry Only).............113.72 | N/A |
| | 4 | Foreign-Trade Zone Operator.............113.73 | N/A | | | |

Section III — List below all trade names or unincorporated division that will be permitted to obligate this bond in the principal's name including their Customs Identification Number(s). (If more space is needed, use Section III (Continuation) on back of form.)

| Importer Number | Importer Name | Importer Number | Importer Name |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Total number of importer names listed in Section III: 0

Principal and surety agree that any charge against the bond under any of the listed names is as though it was made by the principal(s).

Principal and surety agree that they are bound to the same extent as if they executed a separate bond covering each set of conditions incorporated by reference to the Customs Regulations into this bond.

If the surety fails to appoint an agent under Title 6, United States Code, Section 7, surety consents to service on the Clerk of any United States District Court or the U.S. Court of International Trade, where suit is brought on this bond. That clerk is to send notice of the service to the surety at:

Mailing Address Requested by the Surety

American Home Assurance Company
℅ Global Solutions Insurance Services, Inc.
2512 Artesia Boulevard, Suite 250
Redondo Beach, CA 90278

| | Name and Address | Importer No. 3 |  |
|---|---|---|---|
| **PRINCIPAL 6** | A Louisiana Corporation<br>Group Stars Chemical<br>8939 Jefferson Hwy Ste. E<br>Baton Rouge, LA 70809 | 72147401700 | |
| | | SIGNATURE 5 | SEAL |
| **PRINCIPAL 6** | Name and Address | Importer No. 3 | |
| | | SIGNATURE 5 | SEAL |
| **SURETY 6** | Name and Address 6<br>American Home Assurance Company<br>175 Water Street<br>New York, NY 10038 | Surety No. 7<br>069 | |
| | | SIGNATURE 5<br>Attorney-In-Fact | SEAL |
| **SURETY 6** | Name and Address 6 | | |
| | | SIGNATURE 5 | SEAL |
| **SURETY AGENTS** | Name<br>GLENN A. STEBBINGS | Identification No. 9<br>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 | Identification No. 9 |

FILE COPY ONLY

Customs Form 301 (092189)

# Exhibit C

July 22, 2005 letter from Customs to American Home Assurance
Company

# Exhibit C

6650 Telecom Drive
Indianapolis, IN 46278



**U.S. Customs and
Border Protection**

July 22, 2005


AMERICAN HOME ASSURANCE COMPANY
70 PINE STREET


NEW YORK        NY 10270

Dear Company:

You are the surety for the attached listing of 7 delinquent bills totaling $296,952.89 owed to U.S. Customs and Border Protection (CBP) by GROUPSTARS CHEMICAL L.L.C..

CBP sent you a formal demand (ACSR-CL-612) more than a month ago demanding payment; however, to date the bill is still unpaid.  Before CBP refers the debt in question to Chief Counsel, CBP is offering you an opportunity to pay the amount due within 30 days from the date of this letter.  Your check payable to U.S. Customs and Border Protection and a <u>copy of this letter and attachment</u> should be sent to the following address:

> U.S. Customs and Border Protection
> Attn:  Collections Section-Cashier
> 6650 Telecom Drive Ste 100
> Indianapolis, IN 46278

Failure to remit payment or provide legal justification for non-payment could result in non-acceptance of your bonds by CBP and in a recommendation by an appropriate CBP official that Treasury remove you from the Treasury Department Circular 570 (19 CFR 113.38 and 113.39).  Questions concerning this matter may be directed to Ms. Susan Endicott at (317) 614-4518.

Sincerely,


David Showers
Accountant
Revenue Division


Enclosure

## CUSTOMS AND BORDER PROTECTION
HQ046A OPEN BILL IMPORTER LIST

Current Importer : 72-147401700
Importer Name: Groupstars Chemical  L.L.C.

| Bill Number | Entry Number | RDP | Billed Amount |
|---|---|---|---|
| 43961801 | FS210191375 | 72704 | 24,242.06 |
| 43961802 | FS210195251 | 72704 | 25,281.70 |
| 43966104 | FS210181434 | 72704 | 24,944.25 |
| 43966105 | FS210189254 | 72704 | 48,502.71 |
| 43991720 | FS210199832 | 72704 | 50,888.06 |
| 43991721 | FS210205167 | 72704 | 99,025.42 |
| 43991724 | FS210196390 | 72704 | 24,068.69 |

TOTAL  **$296,952.89**

# Exhibit E

Single Transaction Bond For Entry Number FS2-10189254

Exhibit E

| PORT LOCATION | RATING CODE | RATING CODE | DEPARTMENT OF THE TREASURY | | |
|---|---|---|---|---|---|
| 2704 | 4 | 0. TEXTILE    5. FDA | UNITED STATES CUSTOMS SERVICE | CUSTOMS | BOND NUMBER (Assigned by Customs) |
| CHB REF # | | 1. TIB    6. SCH8 PT 1 | CUSTOMS BOND | USE | |
| 1018925 | | 2. WHSE    7. CB/GSP | 19 CFR Part 113 | ONLY | FILE REFERENCE |
| | | 3. AUTO    8. OTHER-NOT | | | |
| EWA9063827041610 | | 4. ADCVD    LISTED ABOVE | | | |

In order to secure payment of any duty, tax or charge and compliance with law or regulation as a result of activity covered by any condition referenced below, we, the below named principal(s) and surety(ies), bind ourselves to the United States in the amount or amounts, as set forth below.

Execution Date **11/19/2001**

**Section I–** Select Single Transaction OR Continuous Bond (not both) and fill in the applicable blank spaces.

| X SINGLE TRANSACTION BOND | Identification of transaction secured by this bond (e.g., entry no., seizure no., etc.) | Date of transaction | Transaction district & port code |
|---|---|---|---|
| | FS2-1018925-4        Producer # | 11/19/2001 | 2704 |

| X CONTINUOUS | Effective date | This bond remains in force for one year beginning with the effective date for each succeeding annual period or until terminated |
|---|---|---|

**Section II–** This bond includes the following agreements. Check one box only, except that, 1a may be checked independently or with 1, and 3a may be checked independently or with 3. Line out all other parts of this section that are not used.)

| Activity Code | Activity Name and Customs Regulations in which conditions codified | Limit of Liability | Activity Code | Activity Name and Customs Regulations in which conditions codified | Limit of Liability |
|---|---|---|---|---|---|
| X 1 | Importer or Broker.................................. 113.62 | $44678.00 | 5 | Public Gauger.................................... 113.67 | N/A |
| 1a | Drawback Payment Refunds...................... 113.65 | N/A | 6 | Wool & Fur Products Labeling Acts Importation (Single Entry Only)........ 113.68 | N/A |
| 2 | Custodian of bonded merchandise.............. 113.63 (includes bonded carriers, freight forwarders, cartmen and lightermen, all classes of warehouses, container-station operators) | N/A | 7 | Bill of lading (Single Entry Only)........ 113.69 | N/A |
| | | | 8 | Detention of Copyrighted Material (Single Entry Only)............... 113.70 | N/A |
| 3 | International Carrier............................ 113.64 | N/A | 9 | Neutrality (Single Entry Only)........... 113.71 | N/A |
| 3a | Instruments of International Traffic ...... 113.66 | | 10 | Court Costs for Condemned Goods (Single Entry Only)................... 113.72 | N/A |
| 4 | Foreign Trade Zone Operator ............... 113.73 | N/A | | | |

**Section III–** List below all trade names or unincorporated division that will be permitted to obligate this bond in the principal's name including their Customs Identification Number(s), 3 (If more space is needed, use Section III (Continuation) on back of form.)

| Importer Number | Importer Name | Importer Number | Importer Name |
|---|---|---|---|
| | | | |
| | | | |

Total number of importer names listed in Section III: **0**

Principal and surety agree that any charge against the bond under any of the listed names is as though it was made by the principal(s).

Principal and surety agree that they are bound to the same extent as if they executed a separate bond covering each set of conditions incorporated by reference to the Customs Regulations into their bond.

If the surety fails to appoint an agent under Title 6, United States Code, Section 7, surety consents to service on the Clerk of any United States District Court or the U.S. Court of International Trade, where suit is brought on this bond. That clerk is to send notice of the service to the surety at:

Mailing Address Requested by the Surety

**American Home Assurance Company**
°∕₀ **Global Solutions Insurance Services, Inc.**
**2512 Artesia Boulevard, Suite 250**
**Redondo Beach, CA 90278**

| | PRINCIPAL 6 | Name and Address | Importer No. 3 | |
|---|---|---|---|---|
| | | A Louisiana Corporation Group Stars Chemical 8939 Jefferson Hwy Ste. E Baton Rouge, LA 70809 | 72147401700 | |
| | | | SIGNATURE 5 East-West Associates Inc. Attorney-In-Fact | SEAL |

| | PRINCIPAL 6 | Name and Address | Importer No. 3 | |
|---|---|---|---|---|
| | | | SIGNATURE 5 | SEAL |

| | SURETY 4, 6 | Name and Address 6 | Surety No. 7 | |
|---|---|---|---|---|
| | | American Home Assurance Company 175 Water Street New York, NY 10038 | 069 SIGNATURE 5 Glenn A. Stebbings Attorney-In-Fact | |

| | SURETY 4, 6 | Name and Address 6 | | |
|---|---|---|---|---|
| | | | SIGNATURE 5 | SEAL |

| SURETY AGENTS | Name8 | Identification No. 9 | Identification No. 9 |
|---|---|---|---|
| | GLENN A. STEBBINGS | 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 | |

CUSTOMS                                                                                        Customs Form 301 (092189)

# Exhibit G

Single Transaction Bond For Entry Number FS2-10191375

Exhibit G

# DEPARTMENT OF THE TREASURY
UNITED STATES CUSTOMS SERVICE

## CUSTOMS BOND
19 CFR Part 113

| PORT LOCATION 2704 | RATING CODE 4 | RATING CODE | CUSTOMS USE ONLY | BOND NUMBER (Assigned by Customs) |
|---|---|---|---|---|
| CHB REF # 1019137-5 | | 1. TEXTILE 5. FDA / 2. WISE 6. SCH B TT / 3. AUTO 7. CBW GP / 4. AD/CVD 8. OTHER-NOT LISTED ABOVE | | FILE REFERENCE |

EWA9063827041639

In order to secure payment of any duty, tax or charge and compliance with law or regulation as a result of activity covered by any condition referenced below, we, the below named principal(s) and surety(ies), bind ourselves to the United States in the amount or amounts, as set forth below.

Execution Date 11/26/2001

## Section I- Select Single Transaction OR Continuous Bond (not both) and fill in the applicable blank spaces.

| X SINGLE TRANSACTION BOND | Identification of transaction secured by this bond (e.g., entry no., seizure no., etc.) FS2-1019137-5    Producer # | Date of transaction 11/26/2001 | Transaction district & port code 2704 |
|---|---|---|---|

CONTINUOUS BOND   Effective date   XXXXXXXXXXXXXXX

## Section II- This bond includes the following agreements. Check one box only, except that, 1a may be checked independently or with 1, and 3a may be checked independently or with 3. Line out all other parts of this section that are not used.

| Activity Code | Activity Name and Customs Regulations in which conditions codified | Limit of Liability | Activity Code | Activity Name and Customs Regulations in which conditions codified | Limit of Liability |
|---|---|---|---|---|---|
| X 1 | Importer or Broker.................................113.62 | $22339.00 | 5 | Public Gauger..................................113.67 | N/A |
| 1a | Drawback Payment Refunds..................113.65 | N/A | 6 | Wool & Fur Products Labeling Acts Importation (Single Entry Only)..........113.68 | N/A |
| 2 | Custodian of bonded merchandise...........113.63 (includes bonded carriers, freight forwarders, cartmen and lightermen, all classes of warehouses, container station operators) | N/A | 7 | Bill of lading (Single Entry Only).........113.69 | N/A |
| | | | 8 | Detention of Copyrighted Material (Single Entry Only)..........................113.70 | N/A |
| 3 | International Carrier..............................113.64 | N/A | 9 | Neutrality (Single Entry Only)............113.71 | N/A |
| 3a | Instruments of International Traffic.........113.66 | | 10 | Court Costs for Condemned Goods (Single Entry Only)..........................113.72 | N/A |
| 4 | Foreign Trade Zone Operator................113.73 | N/A | | | |

## Section III- List below all trade names or unincorporated division that will be permitted to obligate this bond in the principal's name including their Customs Identification Number(s). (If more space is needed, use Section III (Continuation) on back of form.)

| Importer Number | Importer Name | Importer Number | Importer Name |
|---|---|---|---|
| | | | |

Total number of importer names listed in Section III: 0

Principal and surety agree that any charge against the bond under any of the listed names is as though it was made by the principal(s).

Principal and surety agree that they are bound to the same extent as if they executed a separate bond covering each set of conditions incorporated by reference to the Customs Regulations into this bond.

If the surety fails to appoint an agent under Title 6, United States Code, Section 7, surety consents to service on the Clerk of any United States District Court or the U.S. Court of International Trade, where suit is brought on this bond. That clerk is to send notice of the service to the surety at:

Mailing Address Requested by Surety

American Home Assurance Company
℅ Global Solutions Insurance Services, Inc.
2512 Artesia Boulevard, Suite 250
Redondo Beach, CA 90278

| PRINCIPAL 6 | Name and Address A  Louisiana Corporation Group Stars  Chemical 8939 Jefferson Hwy Ste. E Baton Rouge, LA 70809 | Importer No. 72147401700 |
| | | SIGNATURE [signature] SEAL |

| PRINCIPAL 6 | Name and Address | Importer No. |
| | | SIGNATURE SEAL |

| SURETY 4,6 | Name and Address American Home Assurance Company 175 Water Street New York, NY 10038 | Surety No. 069 SIGNATURE [signature] Attorney-In-Fact |

| SURETY 4,6 | Name and Address | SIGNATURE SEAL |

| SURETY AGENTS | Name 8 GLENN A. STEBBINGS | Identification No. 17 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 | Identification No. 19 |

FILE COPY ONLY

Customs Form 301 (09/2189)

# Exhibit I

Single Transaction Bond For Entry Number FS2-10195251

Exhibit I

DEPARTMENT OF THE TREASURY

UNITED STATES CUSTOMS SERVICE

CUSTOMS BOND

19 CFR Part 113

| PORT LOCATION | RATING CODE | RATING CODE | | CUSTOMS | BOND NUMBER (Assigned by Customs) |
|---|---|---|---|---|---|
| 2704 | 4 | 0. TEXTILE  5. FDA  6. SCHB FT T  1. WHSE  7. CHGOSP  3. AUTO  8. OTHER-NOT  4. AD/CVD  LISTED ABOVE | USE ONLY | FILE REFERENCE | |
| CHB REF # 1019525-1 | | | | | |
| E WA9063827041754 | | | | | |

In order to secure payment of any duty, tax or charge and compliance with law or regulation as a result of activity covered by any condition referenced below, we, the below named principal(s) and surety(ies), bind ourselves to the United States in the amount or amounts, as set forth below.   Execution Date 12/24/2001

**Section I-**   Select Single Transaction OR Continuous Bond (not both) and fill in the applicable blank spaces.

| SINGLE TRANSACTION BOND | X | Identification of transaction secured by this bond (e.g., entry no., seizure no., etc.) FS2-1019525-1 — Producer # | Date of transaction 12/24/2001 | Transaction district & port code 2704 |
|---|---|---|---|---|

CONTINUOUS   Effective date

**Section II-**   This bond includes the following agreements. Check one box only, except that, 1a may be checked independently or with 1, and 3a may be checked independently or with 3. Line out all other parts of this section that are not used.

| Activity Code | | Activity Name and Customs Regulations in which conditions codified | Limit of Liability | Activity Code | | Activity Name and Customs Regulations in which conditions codified | Limit of Liability |
|---|---|---|---|---|---|---|---|
| X | 1 | Importer or Broker .......... 113.62 | $23297.00 | | 5 | Public Gauger .......... 113.67 | N/A |
| | 1a | Drawback Payment Refunds .......... 113.65 | N/A | | 6 | Wool & Fur Products Labeling Acts Importation (Single Entry Only) .......... 113.68 | N/A |
| | 2 | Custodian of bonded merchandise .......... 113.63 (includes bonded carriers, freight forwarders, cartmen and lightermen, all classes of warehouses, container station operators) | N/A | | 7 | Bill of lading (Single Entry Only) .......... 113.69 | N/A |
| | | | | | 8 | Detention of Copyrighted Material (Single Entry Only) .......... 113.70 | N/A |
| | 3 | International Carrier .......... 113.64 | N/A | | 9 | Neutrality (Single Entry Only) .......... 113.71 | N/A |
| | 3a | Instruments of International Traffic .......... 113.66 | | | 10 | Court Costs for Condemned Goods (Single Entry Only) .......... 113.72 | N/A |
| | 4 | Foreign Trade Zone Operator .......... 113.73 | N/A | | | | |

**Section III-**   List below all trade names or unincorporated division that will be permitted to obligate this bond in the principal's name including their Customs Identification Number(s). (If more space is needed, use Section III (Continuation) on back of form.)

| Importer Number | Importer Name | Importer Number | Importer Name |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Total number of importer names listed in Section III: | 0 |

Principal and surety agree that any charge against the bond under any of the listed names is as though it was made by the principal(s).

Principal and surety agree that they are bound to the same extent as if they executed a separate bond covering each set of conditions incorporated by reference to the Customs Regulations into this bond.

If the surety fails to appoint an agent under Title 6, United States Code, Section 7, surety consents to service on the Clerk of any United States District Court or the U.S. Court of International Trade, where suit is brought on this bond. That clerk is to send notice of the service to the surety at:

Mailing Address Requested by the Surety

American Home Assurance Company
℅ Global Solutions Insurance Services, Inc.
2512 Artesia Boulevard, Suite 250
Redondo Beach, CA 90278

| | Name and Address | Importer No. 72147401700 | |
|---|---|---|---|
| PRINCIPAL 6 | A   Louisiana Corporation Group Stars  Chemical 8939 Jefferson Hwy Ste. E Baton Rouge, LA 70809 | SIGNATURE East-West Associates Inc. Attorney-In-Fact | SEAL |

| | Name and Address | Importer No. | |
|---|---|---|---|
| PRINCIPAL 6 | | SIGNATURE | SEAL |

| | Name and Address | Surety No. 069 | |
|---|---|---|---|
| SURETY 4,6 | American Home Assurance Company 175 Water Street New York, NY 10038 | SIGNATURE Attorney-In-Fact | SEAL |

| | Name and Address | | |
|---|---|---|---|
| SURETY 4,6 | | SIGNATURE | SEAL |

| SURETY AGENTS | Name 8 GLENN A. STEBBINGS | Identification No. 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 | Identification No. |
|---|---|---|---|

CUSTOMS

Customs Form 301 (092189)

# Exhibit K

Single Transaction Bond For Entry Number FS2-10196390

Exhibit K

| PORT LOCATION 2704 | RATING CODE 4 | | **RATING CODE** | **DEPARTMENT OF THE TREASURY** UNITED STATES CUSTOMS SERVICE | | CUSTOMS USE ONLY | BOND NUMBER (Assigned by Customs) |
|---|---|---|---|---|---|---|---|

CHB REF # _1019639-0

RATING CODE
0. TEXTILE    5. FDA
1. TIB         6. SCHB PT 1
2. WHSE       7. CB/GSP
3. AUTO       8. OTHER-NOT
4. ADCVD         LISTED ABOVE

**CUSTOMS BOND**
19 CFR Part 113

FILE REFERENCE

## EWA9063827041797

In order to secure payment of any duty, tax or charge and compliance with law or regulation as a result of activity covered by any condition referenced below, we, the below named principal(s) and surety(ies), bind ourselves to the United States in the amount or amounts, as set forth below.

Execution Date 1/07/2002

**Section I-**    Select Single Transaction OR Continuous Bond (not both) and fill in the applicable blank spaces.

| | | Identification of transaction secured by this bond (e.g., entry no., seizure no., etc.) | Date of transaction | Transaction district & port code |
|---|---|---|---|---|
| X | SINGLE TRANSACTION BOND | FS2-1019639-0        Producer # | 1/07/2002 | 2704 |
| | CONTINUOUS | Effective date   This bond remains in force for one year beginning with the effective date and for each succeeding annual period, or until terminated | | |

**Section II-**   This bond includes the following agreements. Check one box only, except that, 1a may be checked independently or with 1, and 3a may be checked independently or with 3. Line out all other parts of this section that are not used.

| Activity Code | Activity Name and Customs Regulations in which conditions codified | Limit of Liability | Activity Code | Activity Name and Customs Regulations in which conditions codified | Limit of Liability |
|---|---|---|---|---|---|
| X 1 | Importer or Broker.................................... 113.62 | $22339.00 | 5 | Public Gauger.................................... 113.67 | N/A |
| 1a | Drawback Payment Refunds..................... 113.65 | N/A | 6 | Wool & Fur Products Labeling Acts Importation (Single Entry Only)........... 113.68 | N/A |
| 2 | Custodian of bonded merchandise............ 113.63 (includes bonded carriers, freight forwarders, cartmen and lightermen, all classes of warehouses, container station operators) | N/A | 7 | Bill of lading (Single Entry Only).......... 113.69 | N/A |
| | | | 8 | Detention of Copyrighted Material (Single Entry Only)........................... 113.70 | N/A |
| 3 | International Carrier............................. 113.64 | N/A | 9 | Neutrality (Single Entry Only)............. 113.71 | N/A |
| | Instruments of International Traffic......... 113.66 | N/A | 10 | Court Costs for Condemned Goods (Single Entry Only)........................... 113.72 | N/A |
| 4 | Foreign Trade Zone Operator................ 113.73 | N/A | | | |

**Section III-**   List below all trade names or unincorporated division that will be permitted to obligate this bond in the principal's name including their Customs Identification Number(s). (If more space is needed, use Section III (Continuation) on back of form.)

| Importer Number | Importer Name | Importer Number | Importer Name | Importer Number | Importer Name |
|---|---|---|---|---|---|
| | | | | | |

Total number of importer names listed in Section III:   0

Principal and surety agree that any charge against the bond under any of the listed names is as though it was made by the principal(s).
Principal and surety agree that they are bound to the same extent as if they executed a separate bond covering each set of conditions incorporated by reference to the Customs Regulations into this bond.

If the surety fails to appoint an agent under Title 6, United States Code, Section 7, surety consents to service on the Clerk of any United States District Court or the U.S. Court of International Trade, where suit is brought on this bond. That clerk is to send notice of the service to the surety at:

Mailing Address Requested by the Surety
American Home Assurance Company
c/o Global Solutions Insurance Services, Inc.
2512 Artesia Boulevard, Suite 250
Redondo Beach, CA 90278

| | Name and Address | Importer No. | |
|---|---|---|---|
| PRINCIPAL 6 | A  Louisiana Corporation Group Stars  Chemical 8939 Jefferson Hwy Ste. E Baton Rouge, LA 70809 | 72147401700 | SEAL |
| | | SIGNATURE East-West Associates Inc. Attorney-In-Fact | |

| | Name and Address | Importer No. | |
|---|---|---|---|
| PRINCIPAL 6 | | | SEAL |
| | | SIGNATURE | |

| | Name and Address  6 | Surety No.  7 | |
|---|---|---|---|
| SURETY 4,6 | American Home Assurance Company 175 Water Street New York, NY 10038 | 069 | |
| | | SIGNATURE Attorney-In-Fact | |

| | Name and Address  6 | | |
|---|---|---|---|
| SURETY 4,6 | | SIGNATURE | SEAL |

| SURETY AGENTS | Name8 GLENN A. STEBBINGS | Identification No.  9 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 | Identification No.  9 |
|---|---|---|---|

PRINCIPAL

Customs Form 301 (092189)

# Exhibit M

Single Transaction Bond For Entry Number FS2-10199832

Exhibit M

| PORT LOCATION **2704** | RATING CODE **4** | | **RATING CODE** 0. TEXTILE 5. FDA 1. TIB 6. SCHB PT 1 2. WHSE 7. CBW&BP 3. AUTO 8. OTHER-NOT 4. AD/CVD LISTED ABOVE | **DEPARTMENT OF THE TREASURY** UNITED STATES CUSTOMS SERVICE **CUSTOMS BOND** 19 CFR Part 113 | | **CUSTOMS USE ONLY** | BOND NUMBER (Assigned by Customs) FILE REFERENCE |
|---|---|---|---|---|---|---|---|
| CHB REF # **1019983-2** | | | | | | | |

**EWA9063827041807**

In order to secure payment of any duty, tax or charge and compliance with law or regulation as a result of activity covered by any condition referenced below, we, the below named principal(s) and surety(ies), bind ourselves to the United States in the amount or amounts, as set forth below.

Execution Date **1/11/2002**

**Section I–** Select Single Transaction Bond OR Continuous Bond (not both) and fill in the applicable blank spaces.

| | | Identification of transaction secured by this bond (e.g., entry no., seizure no., etc.) | Date of transaction | Transaction district & port code |
|---|---|---|---|---|
| **X** | **SINGLE TRANSACTION BOND** | FS2-1019983-2 Producer # | 1/11/2002 | 2704 |
| | **CONTINUOUS BOND** | Effective date ✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗ | | |

**Section II–** This bond includes the following agreements. Check one box only, except that, 1a may be checked independently or with 1, and 3a may be checked independently or with 3. Line out all other parts of this section that are not used.)

| Activity Code | | Activity Name and Customs Regulations in which conditions codified | Limit of Liability | Activity Code | | Activity Name and Customs Regulations in which conditions codified | Limit of Liability |
|---|---|---|---|---|---|---|---|
| **X** 1 | | Importer or Broker .................... 113.62 | $47231.00 | | 5 | Public Gauger .................... 113.67 | N/A |
| | 1a | Drawback Payment Refunds .................... 113.65 | N/A | | 6 | Wool & Fur Products Labeling Acts Importation (Single Entry Only) .................... 113.68 | N/A |
| 2 | | Custodian of bonded merchandise .................... 113.63 (includes bonded carriers, freight forwarders, cartmen and lightermen, all classes of ware-house, container-station operators) | N/A | | 7 | Bill of Lading (Single Entry Only) .................... 113.69 | N/A |
| | | | | | 8 | Detention of Copyrighted Material (Single Entry Only) .................... 113.70 | N/A |
| 3 | | International Carrier .................... 113.64 | N/A | | 9 | Neutrality (Single Entry Only) .................... 113.71 | N/A |
| | 3a | Instruments of International Traffic .................... 113.66 | | | 10 | Court Costs for Condemned Goods (Single Entry Only) .................... 113.72 | N/A |
| 4 | | Foreign Trade Zone Operator .................... 113.73 | N/A | | | | |

**Section III–** List below all trade names or unincorporated division that will be permitted to obligate this bond in the principal's name including their Customs Identification Number(s). 3 (If more space is needed, use Section III (Continuation) on back of form.)

| Importer Number | Importer Name | Importer Number | Importer Name |
|---|---|---|---|
| | | | |

Total number of importer names listed in Section III: **0**

Principal and surety agree that any charge against the bond under any of the listed names is as though it was made by the principal(s).

Principal and surety agree that they are bound to the same extent as if they executed a separate bond covering each set of conditions incorporated by reference to the Customs Regulations into this bond.

If the surety fails to appoint an agent under Title 6, United States Code, Section 7, surety consents to service on the Clerk of any United States District Court on the U.S. Court of International Trade, where suit is brought on this bond. That clerk is to send notice of the service to the surety at:

Mailing Address Requested by the Surety

American Home Assurance Company
℅ Global Solutions Insurance Services, Inc.
2512 Artesia Boulevard, Suite 250
Redondo Beach, CA 90278

| | Name and Address | Importer No. 3 | |
|---|---|---|---|
| **PRINCIPAL 6** | A Louisiana Corporation Group Stars Chemical 8939 Jefferson Hwy Ste. E Baton Rouge, LA 70809 | 72147401700 SIGNATURE 5 East-West Associates Inc. Attorney-In-Fact | SEAL |
| **PRINCIPAL 6** | Name and Address | Importer No. 3 SIGNATURE 5 | SEAL |
| **SURETY 4,6** | Name and Address 6 American Home Assurance Company 175 Water Street New York, NY 10038 | Surety No. 7 **069** SIGNATURE 5 Attorney-In-Fact | (seal) |
| **SURETY 4,6** | Name and Address 6 | SIGNATURE 5 | SEAL |
| **SURETY AGENTS** | Name 8 GLENN A. STEBBINGS | Identification No. 9 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 | Identification No. 9 |

CUSTOMS

Customs Form 301 (092189)

# Exhibit O

Single Transaction Bond For Entry Number FS2-10205167

Exhibit O

| PORT LOCATION | RATING CODE | RATING CODE | DEPARTMENT OF THE TREASURY |
|---|---|---|---|

RATING CODE
4

RATING CODE
0. TEXTILE    5. FDA
1. TIB        6. SCH B FT 1
2. WBHSE      7. CHUGSP
3. AUTO       8. OTHER-NOT
4. AD/CVD        LISTED ABOVE

**DEPARTMENT OF THE TREASURY**
UNITED STATES CUSTOMS SERVICE
**CUSTOMS BOND**
19 CFR Part 113

CHR REF # 20516

**EWA1946**

| CUSTOMS USE ONLY | BOND NUMBER (Assigned by Customs) |
|---|---|
| | FILE REFERENCE |

In order to secure payment of any duty, tax or charge and compliance with law or regulation as a result of activity covered by any condition referenced below, we, the below named principal(s) and surety(ies), bind ourselves to the United States in the amount or amounts, as set forth below.

Execution Date
2/27/2002

**Section I-** Select Single Transaction OR Continuous Bond (not both) and fill in the applicable blank spaces.

| SINGLE TRANSACTION BOND [X] | Identification of transaction secured by this bond (e.g., entry no., seizure no., etc.) FS2-1020516-7    Producer # | Date of transaction 2/27/2002 | Transaction district & port code 2704 |
|---|---|---|---|

CONTINUOUS BOND [XXXXXXXXXXXXX] Effective date XXX The bond remains in force for one year beginning with the effective date and for each succeeding annual period or until terminated XXXXXXXXXXXXXXXXXXXXX

**Section II-** This bond includes the following agreements. Check one box only, except that, 1a may be checked independently or with 1, and 3a may be checked independently or with 3. Line out all other parts of this section that are not used.

| Activity Code | Activity Name and Customs Regulations in which conditions codified | Limit of Liability | Activity Code | Activity Name and Customs Regulations in which conditions codified | Limit of Liability |
|---|---|---|---|---|---|
| [X] 1 | Importer or Broker....................113.62 | $139140.00 | [ ] 5 | Public Gauger...................113.67 | N / A |
| [ ] 1a | Drawback Payment Refunds............113.65 | N / A | [ ] 6 | Wool & Fur Products Labeling Acts Importation (Single Entry Only)....113.68 | N / A |
| [ ] 2 | Custodian of bonded merchandise....113.63 (includes bonded carriers, freight forwarders, cartmen and lightermen, all classes of ware-houses, container-station operators) | | [ ] 7 | Bill of lading (Single Entry Only)....113.69 | N / A |
| [ ] 3 | International Carrier...............113.64 | N / A | [ ] 8 | Detention of Copyrighted Material (Single Entry Only).............113.70 | N / A |
| [ ] 3a | Instruments of International Traffic..113.66 | | [ ] 9 | Neutrality (Single Entry Only).....113.71 | N / A |
| [ ] 4 | Foreign Trade Zone Operator........113.73 | N / A | [ ] 10 | Court Costs for Condemned Goods (Single Entry Only).............113.72 | N / A |

**Section III-** List below all trade names or unincorporated division that will be permitted to obligate this bond in the principal's name including their Customs Identification Number(s). (If more space is needed, use Section III (Continuation) on back of form.)

| Importer Number | Importer Name | Importer Number | Importer Name |
|---|---|---|---|
| | | | |

Total number of importer names listed in Section III:    0

Principal and surety agree that any charge against the bond under any of the listed names is as though it was made by the principal(s).
Principal and surety agree that they are bound to the same extent as if they executed a separate bond covering each set of conditions incorporated by reference to the Customs Regulations into this bond.

If the surety fails to appoint an agent under Title 6, United States Code, Section 7, surety consents to service on the Clerk of any United States District Court or the U.S. Court of International Trade, where suit is brought on this bond. That clerk is to send notice of the service to the surety at:

Mailing Address Requested by the Surety
**American Home Assurance Company**
℅ **Global Solutions Insurance Services, Inc.**
**2512 Artesia Boulevard, Suite 250**
**Redondo Beach, CA 90278**

| | Name and Address | Importer No. 3 | |
|---|---|---|---|
| PRINCIPAL 6 | A  Louisiana Corporation Group Stars Chemical 8939 Jefferson Hwy Ste. E Baton Rouge, LA 70809 | 72147401700 SIGNATURE 5 East-West Associates Inc. Attorney-In-Fact | SEAL |
| PRINCIPAL 6 | Name and Address | Importer No. 3 SIGNATURE 5 | SEAL |
| SURETY 4,5 | Name and Address  6 American Home Assurance Company 175 Water Street New York, NY 10038 | Surety No. 7 069 SIGNATURE 5 Glenn A. Stebbings Attorney-In-Fact | (SEAL) |
| SURETY 4,6 | Name and Address  6 | SIGNATURE 5 | SEAL |

| SURETY AGENTS | Name8 GLENN A. STEBBINGS | Identification No. 9 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 | | Identification No. 9 |
|---|---|---|---|---|

CUSTOMS

Customs Form 301 (092189)